■ 14 SECOND AVENUE REALTY CORP. v. ANNE SZALAY, as Executrix of JOHN SZALAY, Deceased.— Motion to dismiss appeal for failure to prosecute granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. That branch of the motion seeking to dismiss the appeal on the ground that the notice of appeal herein was not timely is denied, without prejudice, however, to a renewal thereof upon the argument of the appeal. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ FRANK P. CARLSON, INC., v. WILLIAM L. CARLSON et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ HARRY DINNERSTEIN, as Trustee, v. NORMAN I. SCHAFLER. NORMAN I. SCHAFLER v. SAM J. LEVIN et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 3, 1962, with notice of argument for May 15, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of the Probate of the Will of JAMES HARTEN, Deceased. — Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached, and on the further condition that the appellants file an undertaking as required by section 298 of the Surrogate's Court Act within 10 days after service of a copy of the order entered herein. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN CHAPMAN.— Motion for leave to appeal as a poor person denied in all respects inasmuch as no appeal lies from an order denying a free transcript of trial minutes (*People* v. *Ellerbe,* 12 A D 2d 795). Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ MANUEL RAMOS v. EL DIARIO PUBLISHING COMPANY, INC., et al.— Motion for an extension of time granted insofar as to extend the time for defendants-appellants to serve their amended answer to 10 days after service upon their attorneys of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before May 1, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ INDEMNITY INSURANCE COMPANY OF AMERICA v. MORRIS J. ROSNER et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.